```
                                                          FILED

                                                       07 JUL -3 AM 8:46

                                                       CLERK, U.S. DISTRICT COURT
                                                       SOUTHERN DISTRICT OF CALIFORNIA

                                                       BY:        pdc        DEPUTY
```

1  J. Christopher Jaczko (149317)
   Allison H. Goddard (211098)
2  JACZKO GODDARD LLP
   4401 Eastgate Mall
3  San Diego, California 92121
   Phone: (858) 550-6150
4  Fax: (858) 225-3500

5  Raymond P. Niro, Jr. *(Pro Hac Vice)*
   Eric J. Mersmann *(Pro Hac Vice)*
6  Kara L. Szpondowski *(Pro Hac Vice)*
   Nicholas M Dudziak *(Pro Hac Vice)*
7  NIRO, SCAVONE, HALLER & NIRO
   181 West Madison, Suite 4600
8  Chicago, Illinois 60602-4515
   Phone: (312) 236-0733
9  Fax: (312) 236-3137

10 Attorneys for Plaintiff
   MLR, L.L.C.
11

   Stuart Lubitz (SBN 035471)
12 Robert J. Benson (SBN 155971)
   HOGAN & HARTSON L.L.P.
13 1999 Avenue of the Stars, Suite 1400
   Los Angeles, California 90067
14 Phone: (310) 785-4600
   Fax: (310) 785-4601
15
   Attorneys for Defendant
16 KYOCERA WIRELESS CORP.

17               IN THE UNITED STATES DISTRICT COURT

18              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

19 MLR, L.L.C.,                      | Case No. 05cv0935 B (AJB)
20                    Plaintiff,     | **ORDER OF DISMISSAL**
21         v.
22 KYOCERA WIRELESS CORPORATION,
23                    Defendant.
24

                                                 Case No. 05cv0935 B (AJB)

1. Pursuant to the parties' Joint Motion for Entry of Order of Dismissal (Docket # 200 ), it has been represented to the Court that MLR, L.L.C. ("MLR") and Kyocera Wireless Corporation ("KWC") have entered into a Settlement Agreement ("Agreement") and have agreed to a compromise and settlement of this Civil Action and all claims, defenses and counterclaims that were or could have been brought in this Civil Action.

WHEREFORE, with the consent of MLR and KWC, through their attorneys, it is hereby ORDERED, ADJUDGED and DECREED that:

1. All claims, defenses and counterclaims that were or could have been made by MLR against KWC or by KWC against MLR relating to this Civil Action are hereby dismissed with prejudice.

2. MLR has not released, and nothing in this Order shall be construed as a release or discharge of, any claim MLR has made or may have in the future against any other infringer of any MLR patent not specifically released in the parties' Agreement. All such rights have been and are expressly reserved by MLR, except as otherwise provided in the Agreement.

3. Each party shall bear its own costs and attorneys' fees.

4. This Court retains jurisdiction over the parties for the purpose of enforcing the Agreement between them relating to this Civil Action or any action relating to the enforcement of this Order.

IT IS SO ORDERED.

Dated: 7-2-07

United States District Court Judge

- 1 -   Case No. 05cv0935 B (AJB)